1  KENNETH S. GAINES, ESQ. SBN 049045
   ken@gaineslawfirm.com
2  DANIEL F. GAINES, ESQ. SBN 251488
   daniel@gaineslawfirm.com
3  ALEX P. KATOFSKY, ESQ. SBN 202754
   alex@gaineslawfirm.com
4  SEPIDEH HIRMAND, ESQ. SBN 274259
   sepideh@gaineslawfirm.com
5  **GAINES & GAINES, APLC**
   21550 Oxnard Street, Suite 980
6  Woodland Hills, California 91367
   Telephone:    (818) 703-8985
7  Facsimile:    (818) 703-8984

8  Attorneys for Plaintiff Catherine Carter, on behalf of herself and others similarly situated, and on behalf of the general public

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| CATHERINE CARTER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WI SPA, LLC, a California limited liability company; and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No.: 2:13-cv-00580-SVW-CW<br><br>**ORDER REGARDING JOINT STIPULATION TO VACATE ALL FILING DEADLINES AND HEARING DATES PERTAINING TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION PENDING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
|---|---|

The Court has received and reviewed the Notice of Settlement and Joint Stipulation to Vacate All Filing Deadlines and Hearing Dates Pertaining to Plaintiff's Motion for Class Certification Pending Preliminary Approval of Class Action Settlement ("Stipulation"). Pursuant to the Stipulation and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

1. The July 29, 2013 hearing on Plaintiff's motion for class certification, together with all related filing deadlines associated with the certification motion, are vacated pending the Court's preliminary approval of class action settlement; and

2. Plaintiff shall file her Motion for Preliminary Approval of Class Action Settlement on or before June 10, 2013.

DATED: May 15, 2013

Hon. Stephen V. Wilson
United States District Court Judge