KENNETH S. GAINES, ESQ. SBN 049045
ken@gaineslawfirm.com
DANIEL F. GAINES, ESQ. SBN 251488
daniel@gaineslawfirm.com
ALEX P. KATOFSKY, ESQ. SBN 202754
alex@gaineslawfirm.com
**GAINES & GAINES, APLC**
21550 Oxnard Street, Suite 980
Woodland Hills, CA 91367
Telephone: (818) 703-8985
Facsimile:  (818) 703-8984

Attorneys for Plaintiff Catherine Carter
and Proposed Class Counsel

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE CARTER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WI SPA, LLC, a California limited liability company; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO.: 2:13-cv-00580-SVW-CW<br><br>**JOINT NOTICE RE STATUS OF FILING AMENDED CLASS ACTION SETTLEMENT AGREEMENT** |

**TO THE COURT AND TO ALL PARTIES:**

In connection with Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, on August 1, 2013 the Court ordered the parties to file an amended settlement agreement by August 15, 2013.  The Court further ordered the parties to appear on September 9, 2013 at 1:30 p.m. for a continued hearing on a revised motion for preliminary approval of class action settlement.

Since the Court's Order was entered, the parties have discussed possible revisions to the settlement agreement and conveyed amended settlement proposals; however, the parties have not yet finalized an amended settlement agreement.  The parties will continue to work diligently to amend the settlement agreement and jointly request that the Court continue the hearing on the preliminary approval motion by two weeks to allow the parties sufficient time to finalize the settlement and revise the preliminary approval motion.


DATED: August 14, 2013        GAINES & GAINES, APLC


                              By:  /s/ Alex P. Katofsky
                                   Alex P. Katofsky
                                   Attorneys for Plaintiff

DATED: August 14, 2013        MORGAN, LEWIS & BOCKIUS LLP


                              By:  /s/ Joseph Duffy
                                   Joseph Duffy
                                   Attorneys for Defendant