# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CATHERINE CARTER, on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br>v.<br><br>WI SPA, LLC, et al,.<br><br>     Defendants. | Case No.:  2:13-cv-00580-SVW-CW<br><br>**ORDER OF DISMISSAL**<br><br><br>JS-6 |

Upon the Stipulation of the parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Court hereby dismisses this action WITH PREJUDICE.  Class claims are dismissed WITHOUT PREJUDICE.

Each side to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: October  8, 2013

_____
Honorable Stephen V. Wilson
United States District Judge